IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **PATRICIA ORTEGA** § <br> **Plaintiff(s)** § <br> § <br>   v. § <br> § <br> **CAPITAL ONE BANK (USA) N.A** § <br> **ALW SOURCING , LLC** § <br> **NCO FINANCIAL SYSTEMS, INC.** § <br> § <br> **and JOHN and/or JANE DOES 1-30** § <br>    Defendant(s) § | Cause No. EP-10-CV-00222-DB |

### STIPULATION OF DISMISSAL

**COMES NOW** Patricia Ortega, the Plaintiff herein, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure hereby advises the court that the issues in this litigation have been wholly resolved and therefore the parties have stipulated to the dismissal of this action against all parties.  This stipulation is filed with prejudice.

Respectfully submitted,

/s/ SCOTT A. VOGELMEIER
SCOTT A. VOGELMEIER
Attorney for Plaintiff
State Bar No. 24015139
1112 Myrtle Avenue
El Paso, Texas 79901
Telephone:915-544-3100
Facsimile: 915-577-0160

Approved:


/s/  JESSICA A. HENSON
**JESSICA A. HENSON**
State Bar No. 24068029
**Sessions, Fishman, Nathan & Israel, LLC**
900 Jackson Street
Suite 440
Dallas, Texas 75202
Telephone: 214-741-3001
Facsimile: 214-741-3055
**ATTORNEY FOR DEFENDANTS**
**NCO FINANCIAL SYSTEMS, INC.**
**AND ALW SOURCING, LLC**


GREGG D. STEVENS
**GREGG D. STEVENS**
State Bar No. 19182500
**AIMEE G. SZYGENDA**
State Bar No. 24027054
2711 N. Haskell Avenue,
Suite 2700, LB 25
Dallas, Texas 75204
Telephone: (214) 257-1749
Facsimile: (214) 257-1717
**ATTORNEYS FOR DEFENDANT**
**CAPITAL ONE BANK (USA), N.A.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August, 2010, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following:

GREGG D. STEVENS
State Bar No. 19182500
AIMEE G. SZYGENDA
State Bar No. 24027054
2711 N. Haskell Avenue,
Suite 2700, LB 25
Dallas, Texas 75204
Telephone: (214) 257-1749
Facsimile: (214) 257-1717
ATTORNEYS FOR DEFENDANT
CAPITAL ONE BANK (USA), N.A.

JESSICA A. HENSON
State Bar No. 24068029
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson Street
Suite 440
Dallas, Texas 75202
Telephone: 214-741-3001
Facsimile: 214-741-3055
ATTORNEY FOR DEFENDANTS
NCO FINANCIAL SYSTEMS, INC.
  AND ALW SOURCING, LLC.

                                                /s/ SCOTT A. VOGELMEIER
                                                **SCOTT A. VOGELMEIER**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **PATRICIA ORTEGA** § | |
| **Plaintiff(s)** § | |
| § | |
| v. § | Cause No. EP-10-CV-00222-DB |
| § | |
| **CAPITAL ONE BANK (USA) N.A** § | |
| **ALW SOURCING , LLC** § | |
| **NCO FINANCIAL SYSTEMS, INC.** § | |
| § | |
| **and JOHN and/or JANE DOES 1-30** § | |
| **Defendant(s)** § | |

## FINAL JUDGMENT

On this day, Plaintiff filed a "Stipulation of Dismissal," (Rec. No. 15) pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Therein, Plaintiff PATRICIA ORTEGA advises the Court that she voluntarily dismisses, with prejudice, the above-captioned cause.  The Court is of the opinion that voluntary dismissal is appropriate.  Therefore, the Court now enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Accordingly, **IT IS ORDERED** that the above-captioned cause be, and hereby is, **DISMISSED WITH PREJUDUCE**.

**IT IS FUTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT.**

**IT IS FINALLY ORDERED** that the Clerk shall close this matter.

**SIGNED** and **ENTERED** on this _____ day of _____, 2010.

_____
**DAVID BRIONES**
**UNITED STATES DISTRICT JUDGE**